UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     CASE NO: 8:10-CV-4-T-30AEP

LAMAR ROSS,

    Defendant.
_____/

## **ORDER**

This matter having come before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against Defendant, Lamar Ross, (Dkt. #10) and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that:

1.    Plaintiff, United States of America's Motion for Entry of Default Final Judgment against Defendant, Lamar Ross, (Dkt. #10) is GRANTED.

2.    Judgment is entered in favor of Plaintiff, the United States of America, and against Defendant, Lamar Ross, upon the Complaint herein.

3. Plaintiff recover of the Defendant, Lamar Ross, the sum of **$3,883.56**, consisting of $3,222.14 in unpaid principal, plus the amount of $661.42 in accrued interest through May 10, 2010, in accordance with the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, all together with interest at the rate of 2.48% per annum to the date of this judgment, together with the sum of $375.00 in taxed costs.

4. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. '1961, and shall be enforceable as prescribed by 28 U.S.C. '2001, et seq., 28 U.S.C. '3001-3307,and Rule 69(a), Federal Rules of Civil Procedure.

5. The Clerk is directed to enter Judgment as proscribed above and close this file.

**DONE** and **ORDERED** in Tampa, Florida on May 28, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2010\10-cv-4.default fj.wpd